No. 443. CASAL, PETICIONARIO, v. CORTE DE DISTRITO DE SAN JUAN, DISTRITO PRIMERO.—Certiorari. R. feb. 21, 1924.

Examinada la solicitud y oídos los abogados de ambas partes, no habiéndose establecido a satisfacción de la corte el derecho al remedio solicitado, en el ejercicio de nuestra discreción se declara no haber lugar al auto.